177 A.3d 132

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MARC GALLUCCI, DEFENDANT-PETITIONER. STATE OF NEW JERSEY, PLAINTIFF, v. STEPHANIE R. TYLKA, DEFENDANT.

C–454 September Term 2017
079754

December 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–3609/5239–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

177 A.3d 132

STATE OF NEW JERSEY, PLAINTIFF, v. JOSEPH WATSON, DEFENDANT-MOVANT.

M–404 September Term 2017
080215

December 13, 2017

ORDER

It is ORDERED that the motion for a stay is dismissed as moot. (See disposition in C–438–17).